**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **PLAINTIFF,** ) <br> ) <br> v.                                                ) <br> ) <br> **ONE MAVERICK ARMS 12 GAUGE** ) <br> **SHOTGUN, MODEL 88, S/N** ) <br> **MV75442H, and ONE REMINGTON** ) <br> **ARMS COMPANY 30-06 CALIBER** ) <br> **RIFLE, MODEL 760, GAMEMASTER,** ) <br> **S/N B7142388,** ) <br> ) <br> **DEFENDANTS-IN-REM.** ) | Civ. No. 06-38-P-H |

**DECREE OF FORFEITURE**

WHEREAS, on February 21, 2006, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of 18 U.S.C. §§ 922(g)(9) and 924(d) ; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, on March 16, March 23 and March 30, 2006, notice of this action was published in the Sanford News, a newspaper of general circulation; and

WHEREAS, on March 9, 2006, the defendants-in-rem were served with the Verified Complaint for Forfeiture and the Summons and Warrant of Arrest; and

WHEREAS, on March 17, 2006, Brian Cobbett was served with the Verified Complaint for Forfeiture, Notice and the Summons and Warrant of Arrest; and

WHEREAS, on April 18, 2006, Brian Cobbett was defaulted; and

WHEREAS,  no other persons or entities have filed a Verified Statement of Interest,

contested or otherswise, to the defendants-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that one Maverick Arms 12 gauge shotgun, model 88, S/N MV75442H, and one Remington Arms Company 30-06 caliber rifle, model 760, Gamemaster, S/N B7142388 are hereby forfeited to the United States of America and no right, title or interest shall exist in any other person or entity; and the United States of America will dispose of the forfeited property in accordance with law.

**SO ORDERED,**

Dated: May 3, 2006

 /s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge